■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MERRISA A. McGILL, Appellant. [877 NYS2d 228]—Appeal from a judgment of the Erie County Court (Thomas P. Franczyk, J.), rendered January 22, 2008. The judgment convicted defendant, upon her plea of guilty, of vehicular assault in the first degree and driving while intoxicated.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Fahey, Carni and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE A. TABB, Appellant. [877 NYS2d 228]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered February 21, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Fahey, Carni and Pine, JJ.